**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **BETTY HEARD, *et al.*,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. H-15-2261** |
| | § | |
| **AASHU LLC, *et al.*,** | § | |
| **Defendants.** | § | |

## ORDER

On June 23, 2017, the counsel of record in the above-styled action for Plaintiffs Betty Heard, Stanley Griggs, Daisy Sanchez, Maria Basa, and Francisco Javier Lizarraga filed a Motion to Withdraw as Counsel for Plaintiff Francisco Javier Lizarraga [Doc. # ___]. The Court finds that due notice of the Motion was given to Mr. Lizarraga and the other Parties in the action. Having reviewed the Motion and the relevant arguments and authorities, the Court is of the opinion that the Motion is proper. It is therefore ORDERED that:

1. The Motion is GRANTED.

2. Nicholas J. Wagoner of The Law Firm of Nicholas Wagoner P.L.L.C. may withdraw as counsel of record in this matter for Plaintiff Francisco Javier Lizarraga.

3. As of the date of entry of this Order, no further notices, papers, or pleadings may be made on Nicholas J. Wagoner of The Law Firm of Nicholas Wagoner PLLC on behalf of Plaintiff Francisco Javier Lizarraga.

1. As of the date of entry of this Order, all further notices, papers, or pleadings that may or must be served on Plaintiff Francisco Javier Lizarraga under Federal Rule of

Civil Procedure 5 must be served on him at his last known address, which is 7106 Marisol Drive, Houston, Texas 77083. Mr. Lizarraga's last known telephone number is 281-818-7645.

4.      Counsel for Plaintiffs is ordered to serve a copy of this Order to Plaintiff Francisco Javier Lizarraga by U.S. Mail at the mailing address identified above.

5.      Counsel for Plaintiffs will file a Certificate of Service stating that a copy of this Order has been served upon Mr. Lizarraga by U.S. mail at the mailing address set forth above no later than fourteen (14) days from the date of entry of this Order.


**SIGNED** at Houston, Texas, this _____ day of _____, 2017.


_____
PRESIDING JUDGE