IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BETTY HEARD, *et al.*, | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-2261 |
| | § | |
| AASHU LLC, *et al.*, | § | |
|    Defendants. | § | |

## NOTICE OF STANLEY GRIGGS'S SIGNED SETTLEMENT AGREEMENT WITH DEFENDANTS

Plaintiff Stanley Griggs hereby notifies that Court of his execution of his written Settlement Agreement with Defendants in the above-referenced matter. A true and correct copy of Mr. Griggs's fully executed Settlement Agreement with Defendants is attached hereto as Exhibit A and shall be electronically filed under seal.

Respectfully submitted,

WAGONER LAW FIRM

*/s/ Nicholas J. Wagoner*
Nicholas J. Wagoner
State Bar No. 24079530
Federal I.D. No. 1339971
nick@wagonerlawfirm.legal
2855 Mangum Road, Suite 534
Houston, TX 77092
Telephone: 832-953-4878
Facsimile: 832-827-3265

*COUNSEL FOR PLAINTIFFS*
*BETTY HEARD, STANLEY GRIGGS,*
*DAISY SANCHEZ, AND MARIA BASA*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 24, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and notice was electronically provided to the following CM/ECF system participants:

| | |
|---|---|
| G. Scott Fiddler | Peter Costea |
| Andrew W. Reed | LAW OFFICE OF PETER COSTEA |
| FIDDLER & ASSOCIATES, P.C. | 2603 Augusta, Suite 880 |
| 1004 Congress Street, 3rd Floor | Houston, Texas 77057 |
| Houston, Texas 77002 | Tel.: 713-337-4304 |
| Tel.: 713-228-0070 | Fax: 713-780-7111 |
| Fax: 713-228-0078 | Email: peter@costealaw.com |
| E-mail: scott@fiddlerlaw.com | *COUNSEL FOR DEFENDANTS* |
| E-mail: areed@fiddlerlaw.com | *ABZZ CORP, ZULFIQAR ALI,* |
| *COUNSEL FOR DEFENDANTS* | *& AAMIR ALI* |
| *AASHU LLC & ASIF ALI* | |

    I further certify that, on the date reflected above, a copy of the foregoing document was sent by U.S. Mail to the following individual(s):

Francisco Javier Lizarraga
7106 Marisol Drive
Houston, Texas 77083
Tel. 281-818-7645
*PRO SE PLAINTIFF*

_____
*COUNSEL FOR PLAINTIFFS*
*BETTY HEARD, STANLEY GRIGGS,*
*DAISY SANCHEZ, AND MARIA BASA*

3